JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

1

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JESUS LOPEZ RAMOS

## DEFENDANTS
UNITED STATES OF AMERICA (BORDER PATROL), UNIDENTIFIED BORDER PATROL AGENT

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **TAMAULIPAS, MX**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS AND TELEPHONE NUMBER)
REYNALDO G. GARZA, III.
GARZA & SALINAS L.L.P
680 E. ST. CHARLES, STE. 110

ATTORNEYS (IF KNOWN)

**B-01-099**

UNITED STATES ATTORNEY

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R R & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl Ret Inc Security Act | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☒ 440 Other Civil Rights | ☐ 550 Civil Rights | | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. 1346- FEDERAL TORT CLAIMS ACT- VICIOUS DOG ATTACK
42 U.S.C. 1983- UNNECESSARY, UNREASONABLE FORCE DURING ARREST.

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P 23

DEMAND $ 250,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____  DOCKET NUMBER _____

DATE: 6/14/01

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JU _____ MAG JUDGE _____

*1*

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHER DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **JESUS LOPEZ RAMOS,** | § | |
| Plaintiff | § | |
| | § | Civil Action No. **B-01-099** |
| v. | § | |
| | § | |
| **THE UNITED STATES OF AMERICA** | § | |
| **(BORDER PATROL)**, and an | § | |
| **UNIDENTIFIED BORDER PATROL** | § | |
| **OFFICER** | § | |
| Defendant | § | *Jury Requested* |

## PLAINTIFF'S ORIGINAL COMPLAINT

### A. Parties

1. Plaintiff, JESUS LOPEZ RAMOS, an individual, is a citizen of the sovereign nation of Mexico.

2. Defendant, THE UNITED STATES OF AMERICA (BORDER PATROL), may be served by delivering a copy of the summons and of the complaint to the United States by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia, and by also sending a copy of the summons and the complaint by registered or certified mail to the CHIEF AGENT OF THE BORDER PATROL, MCALLEN SECTOR, at 2301 South Main Street, McAllen, Texas 78503.

### B. Jurisdiction

3. This Court has jurisdiction over the lawsuit because this action arises under 28 U.S.C. § 1346 more commonly known as the FEDERAL TORT CLAIMS ACT; 42 U.S.C. 1983; and, the United States Constitution Amendments IV and XIV.

### C. Conditions Precedent

4. Plaintiff timely presented this claim in writing to the United States Border Patrol. *See the letter attached hereto as Exhibit "A"*. This suit is filed within six months of the BORDER PATROL'S final written notice of denial of the claim. *See the letter attached hereto as Exhibit "B"*.

## D. Facts

5. On or about February 19, 1999, JESUS LOPEZ RAMOS was on or near some railroad tracks in the city of Brownsville, Texas. At approximately 9:00 p.m. JESUS LOPEZ RAMOS became aware of a United States' Border Patrol canine unit in his immediate vicinity. As the canine unit approached, the United States' Border Patrol handler made no efforts to control his dog and in fact appeared to unleash his dog upon JESUS LOPEZ RAMOS. The dog handler in question permitted the dog to bite down into the skull of JESUS LOPEZ RAMOS. At all relevant times the handler could have prevented the dog from biting but failed to do so. It appeared that the dog was attached to a leash being held by the handler.

6. The unidentified United States Border Patrol agent used excessive, unnecessary and unreasonable force in apprehending the Plaintiff. A reasonable use of the United States Border Patrol dog on the night in question would have been to simply allow the dog to alert officers of persons in the immediate vicinity. Instead the United States Border Patrol Dog bit into the skull of the Plaintiff and thrashed his head violently causing severe, substantial and significant injury. At the time of Plaintiff's arrest the United States Border Patrol Agents were acting under color of the laws of the United States and the rules and Regulations governing Border Patrol officers which enabled the officers in question to act with deliberate indifference to the rights of individuals and the Plaintiff.

## E. Count One - Federal Tort Claims Act

7. The act and/or omission described above was committed by an unknown agent of the United States Border Patrol and was in fact wrongful and/or constitutes negligence. Specifically, the unidentified agent United States Border Patrol was acting in the course and scope of his employment and had a duty to exercise ordinary care in the handling of the United States Border Patrol dog. Under the laws of the State of Texas where this act occurred, a private person would be liable to the Plaintiff for this act or omission. In accordance with 28 U.S.C. the United States is liable to the Plaintiff for his damages, for the injuries described below.

## F. Count Two - Violation of Constitutional Rights

8. The exercise of the custom and practice of allowing dogs to bite down on immigrants have lead to the violation of the Plaintiff's right to be free from the use of excessive, unreasonable and unnecessary force under the IV and XIV amendments to the United States Constitution.

## G. Count Three - 42 U.S.C. 1983

9. Paragraphs 1 through 8 are incorporated herein by reference.

10. The as yet unidentified Border Patrol Agent who handled the dog in question acted with reckless disregard for the constitutional rights of the defendant

## H. Damages

11. As a direct and proximate result of the Defendants' actions described above, Plaintiff has suffered the following damages:

    a. Mental anguish in the future;

    b. Disfigurement in the past and future;

    c. Medical expenses in the past and future;

    d. Physical impairment in the past and future.

## I. Jury Demand

12. Plaintiff asserts his right under the Seventh Amendment to the United States Constitution and demands a trial by jury on all issues, in accordance with the Federal Rules of Civil Procedure

## J. Prayer

13. For these reasons, Plaintiff asks for judgment against the Defendant for:

    a. An amount exceeding this Courts jurisdictional minimum as actual damages;

    b. Costs of suit;

    c. Prejudgment and post-judgement interest; and

    d. Any and all relief at law or in equity which this court deems appropriate.

Respectfully Submitted

By: _____
Reynaldo G. Garza, III
Fed Bar I.D. 23747
GARZA & SALINAS
680 E. St. Charles, Suite 110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

# Exhibit "A"

ClibPDF - www.fastio.com

# GARZA & SALINAS, L.L.P.

## Attorneys and Counselors at Law

680 E. St. Charles, suite 110
Brownsville, Texas 78520
Tel. (956) 574-9502
Fax. (956) 574-9506

## NOTICE OF CLAIM / POTENTIAL LAWSUIT

Joe Garza
CHIEF AGENT OF THE BORDER PATROL
MCALLEN SECTOR
2301 S. Main Street
McAllen, Texas 78503                                April 11, 2000

Dear Sir/Madam,

    Our law firm has been retained to represent JESUS LOPEZ RAMOS in his efforts to recover personal injury damages arising out of a dog bite from a Border Patrol dog. JESUS LOPEZ RAMOS is a resident of Mexico and was in the United States at the time of the incident giving rise to this claim.

    On or about February 19, 1999, JESUS LOPEZ RAMOS was on or near some railroad tracks in the city of Brownsville, Texas. At approximately 9:00 p.m. JESUS LOPEZ RAMOS became aware of a Border Patrol canine unit in his immediate vicinity. As the canine unit approached, the handler made no efforts to control his dog and in fact appeared to unleash his dog upon JESUS LOPEZ RAMOS. The dog handler in question permitted the dog to bite down into the skull of JESUS LOPEZ RAMOS. At all relevant times the handler could have prevented the dog from biting but failed to do so. It appeared that the Dog was attached to a leash being held by the handler.

    JESUS LOPEZ RAMOS has suffered severe pain and trauma as a result of the dog bites in question. On the date in Question JESUS LOPEZ RAMOS was treated at the Brownsville Medical Center for his injuries. JESUS LOPEZ RAMOS has nightmares about the incident and becomes extremely upset at the sight of dogs.

    JESUS LOPEZ RAMOS now seeks to recover $250,000.00 as a result of the injuries and trauma he sustained at the hands of the Border Patrol Canine unit in question. I have enclosed copies of JESUS LOPEZ RAMOS' statement which was given to the Mexican Consulate regarding this incident as well as a letter from the Mexican Consulate to Chief Joe Garza of the United States Border Patrol. I also have in my possession a set of photographs taken after the incident which are evidence of the severity of JESUS LOPEZ RAMOS' injuries.

Any questions regarding this matter should be forwarded to my office at the address listed above. If I can be of any assistance please do not hesitate to contact my office. It is my intent that this letter should serve as notice of an impending lawsuit. **IF YOU HAVE NOT RESPONDED IN 6 MONTHS AFTER RECEIPT OF THIS LETTER, I WILL FILE SUIT ON BEHALF OF JESUS LOPEZ RAMOS.**

Respectfully,

Reynaldo G. Garza III (Trey)

RGG/rgg
enclosures



CONSULADO DE MÉXICO   File: 73-5-14288

Number No 00133

Brownsville, Texas February 26, 1999.

Joe Garza
Chief of the Border Patrol
McAllen, Sector.
Fax 956- 928-8205

Dear Sir:

We have received a complaint from Mr. Jesús López Ramos, a Mexican national who stated that on 2-19-99, close to the rail road tracks, he was mauled by a canine unit handled by an agent of the Brownsville Border Patrol. As a consequence of the attack, he received medical attention at the Brownsville Medical Center, where the injuries on his neck were treated. Also, in his complaint my countryman stated that the officer didn't call off the dog immediately.

As you know, both of our Governments are very concerned about incidents like this, which endanger the lives of Mexican immigrants. In that respect recently they have signed the Memorandum of Understanding on Cooperation against border violence.

I will appreciate very much if you could investigate this matter and let us know your findings.

Sincerely,

Berenice Rendón Talavera.
Consul of Mexico.

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

| | |
|---|---|
| Sent to | JOE GARZA, BORDER PAT. |
| Street & Number | 2301 S. Main Street |
| Post Office, State, & ZIP Code | McAllen, Tx 78503 |
| Postage | $ |
| Certified Fee | |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, & Addressee's Address | |
| TOTAL Postage & Fees | $ |
| Postmark or Date | |

PS Form 3800, April 1995

Z 207 143 108

CERTIFIED
MAIL

Z 207 143 108

Jose Garza
CHIEF AGENT OF THE BORDER PATROL
MCALLEN SECTOR
2301 S. Main Street
McAllen, Texas 78503

CERTIFIED Z 207 143 108

GARZA & SALINAS
680 E. St. Charles, Suite 110
Brownsville, Texas 78520

**SENDER:**
- ☐ Complete items 1 and/or 2 for additional services.
- ☐ Complete items 3, 4a, and 4b.
- ☐ Print your name and address on the reverse of this form so that we can return this card to you.
- ☐ Attach this form to the front of the mailpiece, or on the back if space does not permit.
- ☐ Write *"Return Receipt Requested"* on the mailpiece below the article number.
- ☐ The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee).

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

JOE GARZA, BORDER PATROL
2301 S. Main Street
McAllen, Texas 78503

4a. Article Number
Z 207 143 108

4b. Service Type
- ☐ Registered
- ☐ Express Mail
- ☑ Certified
- ☐ Insured
- ☑ Return Receipt for Merchandise
- ☐ COD

7. Date of Delivery

5. Received By: (Print Name)

8. Addressee's Address (Only if requested and fee is paid)

6. Signature (Addressee or Agent)

PS Form 3811, December 1994    102595-99-B-0223    Domestic Return Receipt

Thank you for using Return Receipt Service.

---

Is your RETURN ADDRESS completed on the reverse side?

- Stick postage stamps to article to cover First-Class postage, certified mail fee, and charges for any selected optional services (see front).
- If you want this receipt postmarked, stick the gummed stub to the right of the return address leaving the receipt attached, and present the article at a post office service window or hand it to your rural carrier (no extra charge).
- If you do not want this receipt postmarked, stick the gummed stub to the right of the return address of the article, date, detach, and retain the receipt, and mail the article.
- If you want a return receipt, write the certified mail number and your name and address on a return receipt card, Form 3811, and attach it to the front of the article by means of the gummed ends if space permits. Otherwise, affix to back of article. Endorse front of article RETURN RECEIPT REQUESTED adjacent to the number.
- If you want delivery restricted to the addressee, or to an authorized agent of the addressee, endorse RESTRICTED DELIVERY on the front of the article.
- Enter fees for the services requested in the appropriate spaces on the front of this receipt. If return receipt is requested, check the applicable blocks in item 1 of Form 3811.
- Save this receipt and present it if you make an inquiry.    102595-99-M-2444

PS Form 3800, April 1995 (Reverse)

# Exhibit "B"

ClibPDF - www.fastio.com



**U.S. Department of Justice**
Immigration and Naturalization Service

CRCOU 90/1

*Administrative Center*
*7701 N. Stemmons Freeway*
*Dallas, Texas 75247*

JAN 0 2 2001

**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**


Garza & Salinas, L.L.P.
Attorneys and Counselors at Law
680 E. St. Charles, Suite 110
Brownsville, Texas 78520

Attn: Reynaldo G. Garza III

Re:   Administrative Tort Claim
      Your Client: Jesus Lopez Ramos
      DOI: 2/19/99

Dear Mr. Garza:

    We have carefully reviewed your claim as well as the applicable law and regulations. Pursuant to this review, your claim is hereby administratively denied.

    This determination represents final administrative consideration on this claim. If the decision is unsatisfactory, you may file suit in the appropriate United States District Court not later than six months after the date of the mailing of this notice.

Sincerely,

Karen Severn
Director



AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

JESUS LOPEZ RAMOS

V.

THE UNITED STATES OF AMERICA
(BORDER PATROL), and an
UNIDENTIFIED BORDER PATROL
OFFICER

## SUMMONS IN A CIVIL CASE

CASE NUMBER: B-01-099

TO: (Name and address of defendant)

CHIEF AGENT OF THE BORDER PATROL, MCALLEN SECTOR
2301 South Main Street, McAllen, Texas   78503

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

REYNALDO G. GARZA
GARZA & SALINAS L.L.P.
680 E. St. Charles, Ste. 110
Brownsville, Texas   78520

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael N. Milby, Clerk

CLERK

(BY) DEPUTY CLERK

DATE  6-14-01