*C A B - 0 1 - 9 9* (3)

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 06-15-01 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| LINDA M. SALAZAR | Civil Processor |

*Check one box below to indicate appropriate method of service*

United States District Court
Southern District of Texas
FILED

AUG 2 4 2001

Michael N. Milby
Clerk of Court

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
· Name of person with whom the summons and complaint were left: _____

Michael N. Milby, Clerk of Court

AUG 2 4 2001
RECEIVED
Southern District of Texas
United States District Court

☐ Returned unexecuted: _____

☒ Other *(specify):* *Certified Mail* _____

---

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-06-01
Date

*Linda M. Salazar*
Signature of Server

4914 Boca Chica Blvd. Bro. TX. 78521
Address of Server

---

U.S. Postal Service
CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

SENDER: COMPLETE THIS SECTION
Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)   B. Date of Delivery

C. Signature
X     DEPARTMENT OF JUSTICE
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JUL 8 2001
Ernest J. Perez
SUPERVISOR

1. Article Addressed to:
Atty General of The U.S.
United States At
Washington
District Of Columbia
20090

| Postage | $-0.76 |
| Certified Fee | 1.90 |
| Return Receipt Fee (Endorsement Required) | 1.50 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.16 |

Postmark Here

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Recipient's Name (Please Print Clearly) (To be completed by mailer)
Atty General of The U.S. Washington

Street, Apt. No.; or PO Box No.

City, State, ZIP+4
District Of Columbia     20090

2. Article Number (Copy from service label)
7520 0017 0090 0414

7000 0090 0017 0414

PS Form 3800, February 2000     See Reverse for Instructions

11, July 1999     Domestic Return Receipt     102595-99-M-17