AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-01-99

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: 06-15-01

NAME OF SERVER (PRINT): LINDA M. SALAZAR

TITLE: Civil Processor

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

United States District Court
Southern District of Texas
FILED
AUG 24 2001
Michael N. Milby
Clerk of Court

☒ Other (specify): Certified mail

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  | 45.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 06-19-01
Date

Signature of Server: Linda M. Salazar

Address of Server: 4914 Boca Chica Blvd, Brownsville, Texas 78521

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.