AO 440 (Rev. 10/93) Summons in a Civil Action

B-01-099

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

DATE: Sept 24, 2001

NAME OF SERVER (PRINT): AMADEO RODRIGUEZ SR

TITLE: Process Server

United States District Court
Southern District of Texas
FILED

NOV 2 0 2001

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail # 7000-0520-0022-1409-1865
(Reciepts Attached)

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept 24, 2001
Date

Signature of Server

Address of Server: 3536 Warwick Glen, Brownsville, TX 78521

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gertrude Nelson
Civil Process Clerk
Gregory A. Serres
U.S. Attorney
910 Travis, Suite 1500
Houston, TX 77208

2. Article Number (Copy from service label)
7000 0520 0022 1409 1865

PS Form 3811, July 1999    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)
B. Date of Delivery: 9-24-0
C. Signature
X _____ ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered     ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7000 0520 0022 1409 1865

Recipient's Name: Gertrude Nelson
915 Travis Ste 1500
Houston, TX 77208

Postage $.80
Certified Fee 2.10
Return Receipt Fee 1.50
Restricted Delivery Fee
Total Postage & Fees $4.40