

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

NOV 2 6 2001

| | | |
|---|---|---|
| JESUS LOPEZ RAMOS, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-01-099 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| and an UNIDENTIFIED BORDER | * | |
| PATROL OFFICER, | * | |
| Defendants. | * | |

## UNITED STATES OF AMERICA'S ANSWER TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, defendant herein, by and through Gregory A. Serres, United States Attorney for the Southern District of Texas, files this its answer to Plaintiff's Complaint and respectfully shows unto the Court as follows:

### A. Parties

1. Admit.

2. Defendant admits the allegations raised in this section with the exception that in addition to serving the Attorney General of the United States and the interested agency, Plaintiff must also serve a copy of the summons and complaint upon the United States Attorney for the Southern District of Texas. See Rule 4(i)(1)(A), FRCP.

### B. Jurisdiction

3. Admit that any common law tort claims would fall under the Federal Tort Claims Act; All other jurisdictional allegations are denied.

### C. Conditions Precedent

4. Admit.

### D. Facts

5. Admit the allegations contained in the first sentence. The second sentence contains the subjective observations of the Plaintiff to which this Defendant is unable to respond; to the extent that a response may be required, the allegations in the second sentence are denied. All other allegations in this paragraph are denied.

6.     The allegations in this paragraph appear to contain legal argument and conjecture rather than a recitation of facts; therefore, no response is required. However, to the extent that a response is required, the allegations contained in this paragraph are denied.[1]

## E.  Count One - Federal Tort Claims Act

7.     This paragraph's allegations require no response as they contain argument of counsel.  To the extent that a response is required, they are denied.

## F.  Count Two - Violation of Constitutional Rights

8.     This paragraph's allegations require no response as they contain argument of counsel.  To the extent that a response is required, they are denied.

## G.  Count Three - 42 U.S.C. 1983

9.     This paragraph's allegations require no response as they contain argument of counsel.  To the extent that a response is required, they are denied.

10.    This paragraph's allegations require no response as they contain argument of counsel.  To the extent that a response is required, they are denied.

## H.  Damages

11.    This paragraph's allegations require no response as they contain argument of counsel.  To the extent that a response is required, they are denied.

## I.  Jury Demand

12.    This paragraph's allegations require no response as they contain argument of counsel.  To the extent that a response is required, they are denied.

## J.  Prayer

13.    This paragraph's allegations require no response as they contain argument of counsel.  To the extent that a response is required, they are denied.

---

[1]The caption of this complaint includes an unidentified Border Patrol Officer as a Defendant.  The undersigned submits this answer solely on behalf of the United States.  Once Plaintiff has identified and served the officer in question, it is *possible* that the undersigned will be designated and authorized to represent that officer in his individual capacity.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

It is affirmatively alleged that plaintiff's petition fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, it is affirmatively alleged that the injuries and/or property damages alleged in the petition were not proximately caused by a negligent or wrongful act or omission of an employee of the United States.

## THIRD AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, defendant alleges that any and all injuries and damages allegedly suffered by the plaintiff were caused by plaintiff's own negligence, acts and/or omissions.

## FOURTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, defendant alleges that plaintiff's injuries and/or property damages, if any, are the result of the contributory negligence of plaintiff.

## FIFTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, the plaintiff has not suffered the alleged damages claimed by the plaintiff in his petition.

## SIXTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, the plaintiff recover, if any, in this action is limited to the amount stated in the administrative claim pursuant to 28 U.S.C. §2675(b).

## SEVENTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, plaintiff is not entitled to a jury for claims against the United States under the Federal Tort Claims Act. 28 U.S.C. 2402.

## EIGHTH AFFIRMATIVE DEFENSE

As a separate and complete defense hereto and waiving none of the above, plaintiff is not entitled to pre-judgment interest under the Federal Tort Claims Act. See 28 U.S.C. 2674.

WHEREFORE, PREMISES CONSIDERED, the defendant prays that the plaintiff take nothing by his suit, that the suit be dismissed with prejudice, and that the defendant have such other and further relief to which it may be entitled.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the United States of America's Answer to Plaintiff's Complaint was mailed, via certified mail, return receipt requested, on November 23, 2001, to Plaintiff's attorney, Reynaldo G. Garza, III., Attorney at Law, 680 E. ST. Charles St., Suite 110, Brownsville, Texas 78520.

NANCY L. MASSO
Assistant United States Attorney

4