<80 />

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

**NOV 28 2001**

Michael N. ..., Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| JESUS LOPEZ RAMOS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-01-099 |
| | § | |
| THE UNITED STATES OF AMERICA | § | |
| (BORDER PATROL) AND AN | § | |
| UNIDENTIFIED BORDER PATROL | § | |
| OFFICER | § | |

TYPE OF CASE:    __X__ CIVIL            ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been continued as indicated below:**

TYPE OF PROCEEDING:

**INITIAL PRETRIAL CONFERENCE**

| PLACE | ROOM NO |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE** **600 E. HARRISON STREET** **BROWNSVILLE, TEXAS** | **SECOND FLOOR COURTROOM, #2** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | CONTINUED TO DATE AND TIME: |
|---|---|
| **NOVEMBER 29, 2001 AT 1:30 P.M.** | **DECEMBER 13, 2001 AT 1:30 P.M.** |

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE    NOVEMBER 27, 2001

TO.    MR. REYNALDO GARZA, III
       MS. NANCY MASSO