9

United States District Court
Southern District of Texas
FILED

DEC 1 3 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. <u>B-01-099</u>     DATE & TIME: <u>12-13-01 AT 1:30 P.M.</u>

<u>JESUS LOPEZ RAMOS</u>     PLAINTIFF(S)  <u>REYNALDO G. GARZA, III</u>
                         COUNSEL

VS.

<u>THE UNITED STATES OF AMERICA</u>     DEFENDANT(S)  <u>NANCY MASSO</u>
<u>(BORDER PATROL), AND AN</u>          COUNSEL
<u>UNIDENTIFIED BORDER PATROL OFFICER</u>

-------------------------------------------------------------------------------

Attorneys Reynaldo Garza, III and Nancy Masso appeared in chambers.

Agent is to be named as a defendant by Feruary 22, 2002.

Settlement discussions are underway.

Status conference will be set in March, 2002.