*10*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
DEC 1 4 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| JESUS LOPEZ RAMOS | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-099 |
| THE UNITED STATES OF AMERICA (BORDER PATROL) AND AN UNIDENTIFIED BORDER PATROL OFFICER | § § § § | |

TYPE OF CASE:    __X__ CIVIL        ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

TYPE OF PROCEEDING

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**MARCH 12, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    DECEMBER 14, 2001

TO:    MR. REYNALDO GARZA, III
       MS. NANCY MASSO