*11*

United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

STATUS CONFERENCE

CIVIL ACTION NO. B-01-099          DATE & TIME:   03-12-02 AT 1:30 P.M.

JESUS LOPEZ RAMOS                  PLAINTIFF(S)   REYNALDO G. GARZA, III
                                   COUNSEL

VS.

THE UNITED STATES OF AMERICA       DEFENDANT(S)   NANCY MASSO
(BORDER PATROL), AND AN            COUNSEL
UNIDENTIFIED BORDER PATROL OFFICER

---

Court was notified that this case has settled. Status conference was not held.

Attorneys Reynaldo Garza, III and Nancy Masso appeared in chambers.

Agent is to be named as a defendant by Feruary 22, 2002.

Settlement discussions are underway.

Status conference will be set in March, 2002.