IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 2 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS LOPEZ RAMOS, Plaintiff, | * * * |
| v. | * CIVIL ACTION No. B-01-099 |
| UNITED STATES OF AMERICA, and an UNIDENTIFIED BORDER PATROL OFFICER, Defendants. | * * * * * |

## NOTICE OF SETTLEMENT

The United States of America notifies the Court that the parties have resolved their differences and settled this lawsuit. The parties will file an Agreed Motion to Dismiss with a proposed Agreed Order of Dismissal with Prejudice immediately upon the consummation of the settlement and disbursement of funds.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St., No. 201
Brownsville, Texas 78520
Tel: (956) 548-2554
Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the Notice of Settlement was mailed, via certified mail, return receipt requested, on March 12, 2002, to Plaintiff's attorney, Reynaldo G. Garza, III., Attorney at Law, 680 E. St. Charles St., Suite 110, Brownsville, Texas 78520.

NANCY L. MASSO
Assistant United States Attorney