

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

## ORDER

United States District Court
Southern District of Texas
ENTERED

MAR 1 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JESUS LOPEZ RAMOS § | |
| § | |
| VS. § | CIVIL ACTION NO. B-01-099 |
| § | |
| THE UNITED STATES OF AMERICA § | |
| (BORDER PATROL) AND AN § | |
| UNIDENTIFIED BORDER PATROL § | |
| OFFICER § | |

TYPE OF CASE.        __X__ CIVIL                                        ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place, date and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME

**MAY 29, 2002 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S MAGISTRATE JUDGE

DATE:   MARCH 12, 2002

TO:   MR REYNALDO GARZA, III
        MS. NANCY MASSO