*14*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| JESUS LOPEZ RAMOS | § § | |
| VS. | § § | CIVIL ACTION NO. B-01-099 |
| THE UNITED STATES OF AMERICA (BORDER PATROL) AND AN UNIDENTIFIED BORDER PATROL OFFICER | § § § § § | |

TYPE OF CASE:        _X_ CIVIL                                   ___ CRIMINAL

TAKE NOTICE that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
**(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)**

PLACE:                                                           ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**                             **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:                              CONTINUED TO DATE AND TIME:

**MAY 29, 2002 AT 1:30 P.M.**                                    **SEPTEMBER 3, 2002 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   MAY 29, 2002

TO:     MR. REYNALDO GARZA, III
        MS. NANCY MASSO