UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JESUS LOPEZ RAMOS | * |
| | * |
| vs. | * CIVIL ACTION No. B-01-099 |
| | * |
| UNITED STATES OF AMERICA | * |
| (BORDER PATROL) and an | * |
| Unidentified Border Patrol Officer | * |

## AGREED MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America (Border Patrol) and an Unidentified Border Patrol Officer, Defendants herein, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and Jesus Lopez Ramos, Plaintiff herein, by and through his counsel, Reynaldo Garza, III, move the Court to dismiss with prejudice the above-entitled and numbered cause for the reason that all matters of fact and things in controversy have been fully and finally compromised and settled by and between the Parties hereto. Furthermore, all necessary settlement documents have been executed and filed and settlement disbursements have been issued.

WHEREFORE, PREMISES CONSIDERED, the Defendants herein, and Jesus Lopez Ramos, Plaintiff herein, request that the Court enter its order dismissing said cause with prejudice to the rights of Plaintiff to refile same or any part thereof, and that all costs of court be taxed against the party who incurred same.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas 78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

JESUS LOPEZ RAMOS, Plaintiff

By: _____
REYNALDO GARZA, III
Attorney at Law
680 E. St. Charles, Suite #110
Brownsville, TX 78520
(956) 574-9502/FAX (956) 574-9506
State Bar No. 24008606
Federal I.D. No. 23747

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the Agreed Motion to Dismiss mailed to Reynaldo Garza, III, Attorney at Law, 680 E. St. Charles, Suite #110, Brownsville, TX 78520 on this the 12th day of August ~~July~~, 2002.

NANCY L. MASSO
Assistant United States Attorney