United States District Court
Southern District of Texas
ENTERED

AUG 16 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JESUS LOPEZ RAMOS | * |
| | * |
| vs. | *   CIVIL ACTION No. B-01-099 |
| | * |
| UNITED STATES OF AMERICA | * |
| (BORDER PATROL) and an | * |
| Unidentified Border Patrol Officer | * |

## ORDER OF DISMISSAL

On this day came on to be heard the agreed motion to dismiss the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is **DISMISSED** with prejudice to the right of the Plaintiff to refile same or any party thereof. All costs of court are taxed against the party who incurred same.

SIGNED this 16th day of August, 2002, in Brownsville, Texas.

FILEMON B. VELA
UNITED STATES DISTRICT JUDGE